| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE (Abbreviated)<br>Craig Cunningham v. Student Loan Advocacy Group | |
| ATTORNEY(S) NAME AND ADDRESS     TELEPHONE<br>**JANATHAN L. ALLEN, APC**<br>16745 W Bernardo Dr., Ste 260<br>San Diego, CA 92127<br>Janathan L. Allen, Esq. (SBN 179650)<br>jallen@allenbarron.com<br>Of Counsel: Timothy J. Grant, Esq. (SBN 122593)<br>tgrant@fmglegal.com<br>(858) 376-1501; FAX (858) 376-1410<br><br>*Attorney for Defendant,*<br>Student Loan Advocacy Group | |

| ATTORNEY(S) FOR:<br>Defendant, Student Loan Advocacy Group | Hon. Gonzalo P. Curiel<br>Courtroom 2D | Case No.:<br>18cv0329-GPC-JLB |
|---|---|---|

# DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is **5720 Oberlin Drive, San Diego, California 92121**.

On **March 6, 2018**, I served the following document(s):

**JOINT STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT; DECLARATION OF TIMOTHY J. GRANT IN SUPPORT OF JOINT STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT;
ORDER THEREON**

on the parties in this action addressed as follows:

> Jon B. Fougner (State Bar No. 314097)
> Email: Jon@FougnerLaw.com
> 600 California Street, 11th Fl.
> San Francisco, CA 94108
> Telephone: (434) 623-2843
> Facsimile: (206) 338-0783
>
> *Attorney for Plaintiff Craig Cunningham*

**[X]   (BY ELECTRONIC SERVICE)** By causing the document(s) to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **March 6, 2018**, at San Diego, California.

_____
Patrick Beardsley