**JANATHAN L. ALLEN, APC**
16745 W Bernardo Dr., Ste 260
San Diego, CA 92127
Janathan L. Allen, Esq. (SBN 179650)
jallen@allenbarron.com
Of Counsel: Timothy J. Grant, Esq. (SBN 122593)
tgrant@allenbarron.com
(858) 376-1501; FAX (858) 376-1410

*Attorney for Defendant,*
Student Loan Advocacy Group

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>                    Plaintiff,<br><br>v.<br><br>STUDENT LOAN ADVOCACY GROUP, and DOES 1–10,<br><br>                    Defendant.<br><br><br>**IMMEDIATE STAY REQUESTED** | Case No.: 18cv0329-GPC-JLB<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Jill L. Burkhardt<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT STUDENT LOAN ADVOCACY GROUP FOR MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND STAY ACTION PENDING DISPOSTION OF VEXATIOUS LITIGANT DESIGNATION**<br><br>Hearing Date: June 22, 2018 at 1:30 p.m.<br>Courtroom 2D<br><br>Action Filed:      February 10, 2018<br><br>**[PER CHAMBERS ORDER, NO ORAL ARGUMENT UNLESS ORDERED BY COURT]** |

1
NOTICE OF MOTION AND MOTION BY DEFENDANT STUDENT LOAN ADVOCACY GROUP FOR MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND STAY ACTION PENDING DISPOSTION OF VEXATIOUS LITIGANT DESIGNATION

18cv0329-GPC-JLB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 22, 2018, at 1:30 p.m., or as soon as thereafter as the matter may be heard in courtroom 2D of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, CA 92101, the Hon. Gonzalo P. Curiel presiding, Defendant, STUDENT LOAN ADVOCACY GROUP, will and hereby does move pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for an order to dismiss Plaintiffs' Complaint filed on February 10, 2018.

Defendant also requests and that in the interim, while this motion is pending, this Court should otherwise stay all other proceedings, especially discovery, and first make the determination of whether Cunningham is a vexatious litigant, and whether any protection should be afforded SLAG and other similarly situated defendants, before Cunningham can continue to pursue any TCPA claim in the Ninth Circuit, or at least in this District Court.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the Request for Judicial Notice, the pleadings and records on file in this action and upon such other oral or documentary evidence as may be presented at the hearing.

Dated: April 9, 2018            **JANATHAN L. ALLEN, APC**

By: s/ Timothy Grant
Attorney for Defendant,
STUDENT LOAN ADVOCACY GROUP
Email: tgrant@allenbarron.com

2
NOTICE OF MOTION AND MOTION BY DEFENDANT STUDENT LOAN ADVOCACY GROUP FOR MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND STAY ACTION PENDING DISPOSTION OF VEXATIOUS LITIGANT DESIGNATION

18cv0329-GPC-JLB