**JANATHAN L. ALLEN, APC**
16745 W Bernardo Dr., Ste 260
San Diego, CA 92127
Janathan L. Allen, Esq. (SBN 179650)
jallen@allenbarron.com
Of Counsel: Timothy J. Grant, Esq. (SBN 122593)
tgrant@allenbarron.com
(858) 376-1501; FAX (858) 376-1410

*Attorney for Defendant,*
Student Loan Advocacy Group

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STUDENT LOAN ADVOCACY GROUP, and DOES 1–10,<br><br>　　　　Defendant.<br><br><br>**IMMEDIATE STAY REQUESTED** | Case No.: 18cv0329-GPC-JLB<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Jill L. Burkhardt<br><br>**DEFENDANT STUDENT LOAN ADVOCACY GROUP'S REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND STAY ACTION PENDING DISPOSTION OF VEXATIOUS LITIGANT DESIGNATION**<br><br>Date:　June 22, 2018 at 1:30 p.m.<br>Courtroom 2D<br>Action Filed:　February 10, 2018<br><br>**[PER CHAMBERS ORDER, NO ORAL ARGUMENT UNLESS ORDERED BY COURT]** |

1

DEFENDANT STUDENT LOAN ADVOCACY GROUP'S REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND STAY ACTION PENDING DISPOSTION OF VEXATIOUS LITIGANT DESIGNATION

18cv0329-GPC-JLB

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

Defendant, STUDENT LOAN ADVOCACY GROUP, hereby submits this Request to Take Judicial Notice supporting Defendant's Motion to Dismiss Plaintiff's Complaint and Stay Action Pending Disposition of Vexatious Litigant Designation.

Pursuant to Federal Rules of Evidence ("FRE"), Rule 201(b)(1)-(2) and (c)(2), Defendant requests that this Court take Judicial Notice of the document attached as Exhibit "A" to the accompanying declaration of counsel filed in support of this Request, which is a true and correct summary of all TCPA and other consumer cases filed by Plaintiff, CRAIG CUNNINGHAM, in the past 5+ years in any federal court that could be located in a recent *Lexis* search conducted by defense counsel, together with a summary of each case, including the final disposition of that could be determined.

Pursuant to FRE Rule 201(b)(2), upon consideration of the accompanying motion, this Court can and should take judicial notice of public records, including docket and pleadings in pending or closed judicial proceedings, without converting the motion into a motion for summary judgment (*Ideal Instruments, Inc. v. Rivard Instruments, Inc.*, 434 F Supp 2d 598, 617 n.5 (N.D. Iowa 2006)).

Dated:  April 9, 2018    **JANATHAN L. ALLEN, APC**

By: s/ Timothy Grant
Attorney for Defendant,
STUDENT LOAN ADVOCACY GROUP
Email: tgrant@allenbarron.com

2

DEFENDANT STUDENT LOAN ADVOCACY GROUP'S REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND STAY ACTION PENDING DISPOSTION OF VEXATIOUS LITIGANT DESIGNATION

18cv0329-GPC-JLB