UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>                              Plaintiff,<br><br>v.<br><br>STUDENT LOAN ADVOCACY GROUP<br>and DOES 1-10,<br><br>                              Defendant. | Case No.:  18cv329-GPC(JLB)<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE** |

Defendant filed a motion to dismiss and stay action pending disposition of vexatious litigation designation.  (Dkt. No. 6.)  Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **May 18, 2018**.  Any reply shall be filed on or before **June 1, 2018**.  A hearing is set on **June 22, 2018 at 1:30 p.m**. in Courtroom 2D.

IT IS SO ORDERED.

Dated:  April 9, 2018

Hon. Gonzalo P. Curiel
United States District Judge