UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>            Plaintiff,<br><br>v.<br><br>STUDENT LOAN ADVOCACY GROUP and DOES 1-10,<br><br>            Defendant. | Case No.: 18cv329-GPC(JLB)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND STAY AS MOOT**<br><br>[Dkt. No. 6.] |

Defendant filed a motion to dismiss and stay action pending disposition of vexatious litigation designation. (Dkt. No. 6.) On April 30, 2018, Plaintiff filed an amended complaint adding additional defendants. Accordingly, the Court DENIES Defendant's motion to dismiss and stay action as moot subject to refiling once all defendants have been served. The hearing date set for June 22, 2018 shall be **vacated.**

IT IS SO ORDERED.

Dated: May 1, 2018

Hon. Gonzalo P. Curiel
United States District Judge