AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Craig Cunningham

*Plaintiff*

v.

Student Loan Advocacy Group, dba Student Loan Processing Center; Does 1 - 10; Ajit Ahooja; David Pearlman; Michael Hultz; Does 4-10

*Defendant*

Civil Action No. 18-cv-0329-GPC-JLB

**First Amended Complaint    SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Ajit Ahooja
Student Loan Advocacy Group
3954 Murphy Canyon Road, Suite D206
San Diego, California 92123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jon Bernhard Fougner
600 California Street, 11th Floor
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    5/1/18



John Morrill
*CLERK OF COURT*
S/            D. Gilbert
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 18-cv-0329-GPC-JLB          Date Issued: 5/1/18

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Ajit Ahooja__

was received by me on *(date)* __5/14/18__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* __DARCIE PEACOCK, MANAGER AT UPS STORE (AUTHORIZED CMRA)__, who is designated by law to accept service of process on behalf of *(name of organization)* __Ajit Ahooja, STUDENT LOAN ADVOCACY GROUP__ on *(date)* __5/16/18__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
COPY OF SAME SUMMONS & COMPLAINT WAS MAILED TO THE DEFENDANT ON 5/17/18 TO 10531 4S COMMONS DR. #579, SAN DIEGO CA 92127 VIA FIRST CLASS USPS MAIL.

My fees are $ __8__ for travel and $ __75__ for services, for a total of $ __75__.

I declare under penalty of perjury that this information is true.

Date: __5/21/18__

Server's Signature

DANIEL ARREDONDO, REGISTERED PROCESS SERVER NUMBER 3146
*Printed name and title*

4364 BONITA RD #258, BONITA, CA 91902
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.