**JANATHAN L. ALLEN, APC**
16745 W Bernardo Dr., Ste. 260
San Diego, CA 92127
Janathan L. Allen, Esq. (SBN 179650)
jallen@allenbarron.com
Of Counsel: Timothy J. Grant, Esq.
(SBN 122593)
tgrant@fmglegal.com
(858) 376-1501; FAX (858) 376-1410

*Attorneys for Defendants,* STUDENT LOAN ADVOCACY GROUP d/b/a "STUDENT LOAN PROCESSING CENTER," AJIT AHOOJA, DAVID PEARLMAN, and MICHAEL HULTZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>STUDENT LOAN ADVOCACY GROUP, et al.,<br><br>Defendants. | Civil Action No: 18cv0329-GPC-JLB<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Jill L. Burkhardt<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed: February 10, 2018<br>Trial Date: None set |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to FRCP, Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, CRAIG CUNNINGHAM, and Defendants, STUDENT LOAN ADVOCACY GROUP d/b/a "STUDENT LOAN PROCESSING CENTER," AJIT AHOOJA, DAVID PEARLMAN, and MICHAEL HULTZ, by and through their respective counsel, that the entire above-captioned action is voluntarily dismissed on a "without prejudice" basis in accordance with the terms of that certain written settlement agreement entered into between the parties, which includes a mutual general release and a mutual waiver of costs and attorneys' fees.

The parties to this action hereby request that the above entitled Court enter the appropriate order of dismissal.

Dated: June 10, 2018  JANATHAN L. ALLEN, APC

By: /s/ Timothy J. Grant
Timothy J. Grant, Esq. (SBN 122593)
Email: tgrant@fmglegal.com
*Attorneys for Defendants,* STUDENT LOAN ADVOCACY GROUP d/b/a "STUDENT LOAN PROCESSING CENTER," AJIT AHOOJA, DAVID PEARLMAN, and MICHAEL HULTZ

Dated: June 10, 2018

By: /s/ Jon B. Fougner
Jon B. Fougner, Esq. (SBN 314097)
Email: Jon@FougnerLaw.com
*Attorneys for Plaintiff,*
*CRAIG CUNNINGHAM*