# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>STUDENT LOAN ADVOCACY GROUP, et al.,<br><br>Defendants. | Case No: 18cv329-GPC(JLB)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Dkt. No. 15.] |

IT IS HEREBY ORDERED that the above-captioned matter is dismissed on a "without prejudice" basis.

Dated: June 12, 2018

Hon. Gonzalo P. Curiel
United States District Judge

2